RUDOLPH KOCH et al., Respondents, *v.* CHARLES L. ZINK et al., Appellants.

*Koch* v. *Link*, 90 Hun, 608, affirmed.
(Argued April 20, 1896; decided May 26, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, entered November 26, 1895, which affirmed an order of Special Term denying a motion to vacate an attachment.

*William H. Hamilton* and *Oscar Richter* for appellants.

*George A. Strong* and *Martin & Smith* for respondents.

Order affirmed, with costs; no opinion.
All concur.